# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Utah

Case Number: 2:24-CV-00575-CMR

Plaintiff/Petitioner:
**MIGUEL CORDERO**
vs.
Defendant/Respondent:
**SPORTSMAN'S WAREHOUSE INC, et al**

Received by HPS Process Service & Investigations to be served on **Sportsman's Warehouse Holdings, Inc, 1475 West 9000 South, Suite A, West Jordan, UT 84088**. I, Gavin Rees, do hereby affirm that on the 28th day of August, 2024 at 12:17p.m., executed service by delivering a true copy of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; and Order to Propose Schedule in accordance with state statutes in the manner marked below:

(X) REGISTERED AGENT SERVICE: By serving Michelle Fowler
as process agent of CT Corporation for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as _____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** Service completed at CT Corporation at 1108 E South Union Ave, Midvale UT 84047

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. I declare under penalty of perjury that the foregoing is true and correct.

PROCESS SERVER # R111881
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: 2024012727
Ref: 1210-0001

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00575-CMR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sportsman's Warehouse Holdings, Inc c/o CT Corporation
was received by me on *(date)* 08/20/2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Michelle Fowler, process agent , who is
designated by law to accept service of process on behalf of *(name of organization)* CT Corporation at 1108
E South Union Ave, Midvale UT 84047 at 12:17pm on *(date)* 08/28/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/04/2024

*Server's signature*

Gavin Rees, R111881
*Printed name and title*

for HPS Process Service & Investigations
1669 Jefferson
Kansas City, MO  64108
*Server's address*

Additional information regarding attempted service, etc:
SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER TO PROPOSE SCHEDULE

08/26/2024 03:35 PM 1475 W 9000 S, Ste A West Jordan, UT 84088 Spoke to admin assistant Teresa, said no corporation officers are available or in the office. Registered agent is CT Corp

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | | |
|---|---|---|
| Miguel Cordero | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:24-cv-00575-CMR |
| Sportsman's Warehouse, Inc., and | ) | |
| Sportsman's Warehouse Holdings, Inc. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sportsman's Warehouse Holdings, Inc.
1475 W. 9000 South, Suite A
West Jordan, UT 84088

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brady Rasmussen
201 S. Main Street, Suite 1800
Salt Lake City, Utah 84111
+1(801) 532-1234

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date: 08/15/2024



*Signature of Clerk or Deputy Clerk*