# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MIGUEL CORDERO,<br><br>  Plaintiff,<br><br>vs.<br><br>SPORTSMAN'S WAREHOUSE, INC, and SPORTSMAN'S WAREDHOUSE HOLDINGS, INC.,<br><br>  Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case No. 2:24-CV-575-DAK-CMR<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Cecilia M. Romero |

Based on this court's April 15, 2025 Memorandum Decision and Order granting Defendants' Motion to Dismiss, the court dismisses this action for lack of Article III standing. This action is closed.

DATED this 4th day of November, 2022.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge

1